IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JAVIER JORDAN                                                                                                    PLAINTIFF

v.                                    Case No. 4:25-cv-4002

LT. KAREN GHORMLEY                                                                                         DEFENDANT

## **ORDER**

Before the Court is the Report and Recommendation filed May 5, 2025, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. ECF No. 12. Judge Comstock recommends that this case be dismissed without prejudice for failure to comply with the Court's Local Rules and orders and for failure to prosecute this case.

No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 12) *in toto*. Accordingly, the Court finds that this case should be and hereby is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 27th day of May, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge